UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO.: 11-CR-10233-GAO |
| ) | |
| CHRISTOPHER CHASSE ) | |

## WAIVER OF INTIAL APPEARANCE

Christopher Chasse hereby waives his right to appear before the Court in connection with his initial appearance on a petition alleging violations of his supervised release. Mr. Chasse further waives his right to the Court conducting an initial appearance on the alleged violations. Mr. Chasse understands the nature of the alleged violations, his right to remain silent, and his right to counsel. He understands that a determination regarding appointed counsel is subject to the submission of a financial affidavit.

After consulting with undersigned counsel, Mr. Chasse hereby knowingly waives his right to be present at and the holding of an initial appearance on the instant petition alleging violations of his supervised release conditions.

_____     5 Sept 2019
CHRISTOPHER CHASSE          Date

Respectfully submitted,

CHRISTOPHER CHASSE
By his attorney,

/s/ Stylianus Sinnis
Stylianus Sinnis
B.B.O. #560148
Federal Defender Office

51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: (617) 223-8061

CERTIFICATE OF SERVICE

I, Stylianus Sinnis, hereby certify that this document filed through email and the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 6, 2019.

/s/ Stylianus Sinnis
Stylianus Sinnis